8/15/2020 wmr-law.com Mail - Discussion of proposed stipulated removal order of Mr. Salvatore MANCUSO GOMEZ, File # A088933316 (PLEASE …

Case 1:20-cv-02350-RJL Document 1-3 Filed 08/17/20 Page 1 of 4



Hector G Mora <hmora@wmr-law.com>

# Discussion of proposed stipulated removal order of Mr. Salvatore MANCUSO GOMEZ, File # A088933316 (PLEASE FORWARD TO ICE-ERO ATLANTA)

**Hector G Mora** <hmora@wmr-law.com>  Tue, Feb 11, 2020 at 3:56 PM
To: Atlanta.Outreach@ice.dhs.gov

Dear ERO Officer,

Our firm has been retained by Mr. Salvatore MANCUSO GOMEZ ( A# 088933316 ) to represent him before the Immigration and Customs Enforcement - Enforcement and Removal Operations (ICE - ERO) and the Executive Office for Immigration Review (EOIR) in all matters involving alien removal proceedings, whether a removal is administratively processed or through the immigration court system. Please see a duly signed Form G-28, Notice of Entry of Appearance.

Mr. Salvatore Mancuso is currently serving a sentence imposed by the U.S. District Court for the District of Columbia, which shall be completed on March 27, 2020. However, he is a national of Italy and Colombia and an ICE detainer has been already submitted to the Federal Bureau of Prisons. On November 6, 2019 and December 12, 2019, Mr. John Annala, Officer for ICE-ERO in Altlanta, GA visited Mr. Mancuso Gomez to start the record of a deportable alien. Mr. Mancuso Gomez fears torture and persecution if returned or removed to Colombia, which he communicated to the officer, but he is willing to discuss a negotiated, stipulated removal order to Italy. Mr. Mancuso Gomez is willing to discuss and finalize a stipulated removal removal order, administrative or issued by an immigration judge after an NTA is issued whichever is the case. This process hopefully could be completed even before his sentence comes to full completion.

Mr. Mancuso Gomez has requested to the Director of International Prisoner Transfer Unit, Office of International Affairs, Criminal Division, U.S. Department of Justice the opportunity to complete his jail sentence in Italy, thus making more pressing the opportunity and need for a stipulated order of removal to Italy. Mr. Mancuso Gomez has submitted pro se a request to complete his prison sentence in Italy, the Italian agency responsible for reviewing and accepting the transfer has already issued a favorable opinion, and the request is in consequence pending only for the review and approval by the U.S. Department of Justice.

As legal representative of Mr. MANCUSO GOMEZ before the Immigration and Customs Enforcement (ICE) and eventually the Executive Office for Immigration Review (EOR) should removal proceedings be initiated, I desire an opportunity to discuss said proposed stipulated removal order, cooperate, and advance its processing to expedite the removal to Italy, which we believe is in the best interest of all parties involved.

I look forward to your response and to cooperating with ICE, Enforcement and Removal Operations and the Office of Principal Legal Advisor, Litigation Unit.

Respectfully submitted,

       Salvatore MANCUSO GOMEZ
       By Legal Counsel

Hector G Mora

--
Héctor G. Mora, Esq.

Wellstein Mora Rodriguez International