

Hector G Mora <hmora@wmr-law.com>

## Re: MANCUSO-Gomez A088 933 316

**Hector G Mora** <hmora@wmr-law.com>　　　　　　　　　　　　　　　　Fri, Feb 14, 2020 at 1:56 PM
To: "Annala, John" <John.Annala@ice.dhs.gov>

Dear Nr. Annala,
 Thank you so much for writing me. Since I am not sure if you received a copy of the G- 28 signed by Mr. Salvatore Mancuso and by myself a his counsel of record, I will forward to you an earlier email sent to ICE Atlanta Field Office using a general email address.
 As I explained in my earlier email.  Mr. Mancuso desires to receive a stipulated  order or removal to Italy. He fears persecution and torture if after completing his sentence he  is return to Colombia.
I was retained to represent him precisely to facilitate and cooperate to obtain a stipulated removal order to Italy.
Please do not hesitate to call my mobile number at your convenience 202-3414187. I look forward to talking to you about this matter.
Regards,
Hector G. Mora

On Wed, Feb 12, 2020 at 4:27 PM Annala, John <John.Annala@ice.dhs.gov> wrote:

> Good afternoon,
>
> I'm just reaching out to you regarding Mr. MANCUSO-Gomez.
>
> I tried to call your office earlier but was told you were not available.
>
> I will be back in the office tomorrow morning.
>
> Please let me know when would be a good time to discuss Mr. MANCUSO-Gomez's immigration case.
>
> Thanks very much.

--
Héctor G. Mora, Esq.

Wellstein Mora Rodriguez International
WMR Immigration Law Group

1789 Columbia Road, NW Ste. 200
Washington DC 20009

PH: +1 202-250-3488 (English)
PH +1 202-558-6515 (Spanish)
FAX: +1-866-431-2916
hmora@wmr-law.com
www.wmr-law.com

This communication contains confidential information that may be protected by attorney/client or other applicable privileges.  It is for the exclusive use of the intended recipient(s). If you are not the intended

recipient(s), please note that any distribution, copying or use of this communication or the information therein is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies.

Este mensaje es confidencial, está amparado por secreto profesional y no puede ser usado ni divulgado por personas distintas a su(s) destinatario(s). Si recibió esta transmisión por error, por favor avise al remitente mediante réplica a este correo electrónico y borre o destruya toda copia del mismo.