

Hector G Mora &lt;hmora@wmr-law.com&gt;

## Re: MANCUSO-Gomez A088 933 316

**Hector G Mora** &lt;hmora@wmr-law.com&gt;     Fri, Mar 27, 2020 at 9:25 PM
To: "Annala, John" &lt;John.Annala@ice.dhs.gov&gt;
Cc: Atlanta.Outreach@ice.dhs.gov, ArlingtonAsylum@uscis.dhs.gov, ZAR-APSO.ZAR-APSO@uscis.dhs.gov

Dear Mr. Annala,

I hope this email finds you well. I also hope your family and coworkers are safe and managing as well as possible threats and difficulties associated with the Coronavirus Pandemic.

I am reestablishing contact with you in light of today's transfer of Mr. Salvatore MANCUSO GOMEZ (A088 933 316) to ICE - Irwin County Detention Center. He is now under ICE custody. Hoping you are still assigned to this case, I am sending you a letter mailed to the Special Agent in Charge - ICE - Atlanta Field Office with copy to the Office of Principal Counsel (Chief Counsel) also in Atlanta, GA.

Now that Mr. MANCUSO GOMEZ is with ICE-DRO, it is very important to ensure the record reflects his well founded fears of persecution and torture in Colombia. He has already signed a Form I-589 - application for asylum, withholding and protection under CAT. Although he might not be eligible for asylum, he is prima facie eligible for withholding and deferral of removal both under INA and CAT. Nonetheless, being an Italian citizen he would not oppose (to the contrary, he agrees with) an order of removal to Italy. He and his family are terrified with his possible return to Colombia. There are numerous threats (public threats included) and consequently there is absolute certainty about the torture he would face and the likelyhood of his asessination in Colombia. For many reasons, he is the target of many powerful groups and individuals that were incriminated, criticized, and exposed throughout his cooperation with the U.S. Government, the cooperation with the Colombian judiciary, and his multiple statements.

My primary and most urgent concern -as his legal counsel- is to obtain confirmation that any administrative removal order that ICE-ERO might be processing is to Italy. In addition, if there is any attempt to remove / return him to Colombia, ensure his rights to challenge removal and to apply for withholding and protections under the Convention Against Tortue are respected. When I briefly spoke with you in February, you confirmed Mr. Mancuso had communited those fears during his initial interviews/contact with ICE-ERO and the record of deportable alien reflects his fears of persecutrion and torture in Colombia.

The enclosed documents reaffirm his claim for protection against persecution and torture in Colombia. Mr. MANCUSO GOMEZ is exercising his rights to apply and obtain CAT protection in case there is any plan to return him to Colombia. I hope you confirm receipt of this email and the enclosed documents. Please also forward this email with attachment to all other officers / agents that might be involved in the case of Mr. Salvatore MANCUSO GOMEZ.

Sincere regards,

Hector G Mora


On Fri, Feb 14, 2020 at 1:56 PM Hector G Mora &lt;hmora@wmr-law.com&gt; wrote:
> Dear Nr. Annala,
>  Thank you so much for writing me. Since I am not sure if you received a copy of the G- 28 signed by Mr. Salvatore Mancuso and by myself a his counsel of record, I will forward to you an earlier email sent to ICE Atlanta Field Office using a general email address.
>  As I explained in my earlier email. Mr. Mancuso desires to receive a stipulated order or removal to Italy. He fears persecution and torture if after completing his sentence he is return to Colombia.
> I was retained to represent him precisely to facilitate and cooperate to obtain a stipulated removal order to Italy. Please do not hesitate to call my mobile number at your convenience 202-3414187. I look forward to talking to you about this matter.
> Regards,
> Hector G. Mora
>
> On Wed, Feb 12, 2020 at 4:27 PM Annala, John &lt;John.Annala@ice.dhs.gov&gt; wrote: