

**Hector G Mora** &lt;hmora@wmr-law.com&gt;

## Re: Salvatore, Manusco Gomez 088 933 316

**Hector G Mora** &lt;hmora@wmr-law.com&gt;             Fri, Apr 17, 2020 at 2:00 PM
To: "Coffee, Kesh" &lt;Kesh.Coffee@ice.dhs.gov&gt;

Good afternoon Mr. Coffee,

I spoke yesterday with my client Mr. Mancuso. He was served with the I-851A - Administrative Order of Removal to Italy signed by C. Ciprian, DDO. The officer that completed service and signed the certificate was officer Rabion. In addition, Mr. Mancuso received Form I-217, which I helped him to complete over the phone. If you need the I-217 right away and have not received the one my client filled out by hand, I can also complete one and send it to you in PDF by email.

I believe everything needed to mail the formal request for a Travel Document is done. Mr. Mancuso had the third test for COVID-19 and hopefully the two tests completed on Wednesday and Thursday of this week will come negative. We are convinced that would be the case since he is asymptomatic.

I hope you have a great weekend and if something is needed from us, please let me know. We will start searching for a direct flight to Italy and will purchase as soon as: i) Tests results come negative, ii) Ms. Kovaleva issues the Travel document, iii) and you confirm that Mr. Mancuso transport to JFK International Airport could be arranged. Mr. Mancuso's parents are willing to pay also for the domestic flights of removal officers escorting him from ATL to JFK is that is a possibility. Please confirm.

Regards,

Hector Mora


On Wed, Apr 15, 2020 at 3:12 PM Hector G Mora &lt;hmora@wmr-law.com&gt; wrote:
> Good afternoon Mr. Coffee,
>
> Please see below the email I received from the Italian Consulate in Miami, FL. Ms. Kovaleva explains Mr. Mancusio must have two tests 24-hour apart from each other, which are needed to board an airplane to Italy. The clearance letter from a doctor that reviews the results is easier to obtain, but the two tests must be coordinated by the detention center, which most likely would not occur until you request them.
>
> I greatly appreciate it if you can write to the detention center, medical facility therein and warden, to arrange for those two tests. Mr. Mancuso now is completely asymptomatic. I do not know if the detention center requires additional testing to return him to the general population, but at least in this case the two tests are needed to effectuate the removal.
>
> Ms. Kovaleva in the Italian Consulate in Miami has not received the formal request for the travel document yuet. I will keep you informed on any development regarding the travel document once the request is received.
>
> Regards,
>
> Hector Mora
>
>
> ---------- Forwarded message ---------
> From: **Consolato d'Italia negli Stati Uniti, Miami - Assistenza** &lt;assistenza.miami@esteri.it&gt;
> Date: Wed, Apr 15, 2020 at 8:58 AM
> Subject: RE: Salvatore, Manusco Gomez 088 933 316
> To: Hector G Mora &lt;hmora@wmr-law.com&gt;