Gmail                                                                                                      Hector G Mora <hmora@wmr-law.com>

## FW: Salvatore, Manusco Gomez 088 933 316

**Consolato d'Italia negli Stati Uniti, Miami - Assistenza** <assistenza.miami@esteri.it>   Tue, Apr 28, 2020 at 10:40 AM
To: "hmora@wmr-law.com" <hmora@wmr-law.com>

Dear Mr. Mora, Mr. Coffee is keep sending me theautodeclration. Please send him the ETD request that has to befiiled out by Mancuso
Thank you
Angelika

_____
From: Coffee, Kesh [Kesh.Coffee@ice.dhs.gov]
Sent: Tuesday, April 28, 2020 8:24 AM
To: Consolato d'Italia negli Stati Uniti, Miami - Assistenza; 'Hector G Mora'
Subject: RE: Salvatore, Manusco Gomez 088 933 316

Just want to make sure you received. Again, TD will need to be longer than 30 days or not sent yet as he will be escorted to Italy.

Kesh M. Coffee
ICE/ERO/ATL
Special Response Team
Detained Unit
Atlanta Field Office
180 Ted Turner Drive SW
Atlanta, GA 30303
404.893-1336 (o)
470.747.1697 (m)


-----Original Message-----
From: Consolato d'Italia negli Stati Uniti, Miami - Assistenza <assistenza.miami@esteri.it>
Sent: Monday, April 27, 2020 10:29 AM
To: Coffee, Kesh <Kesh.Coffee@ice.dhs.gov>; 'Hector G Mora' <hmora@wmr-law.com>
Subject: RE: Salvatore, Manusco Gomez 088 933 316

Good morning!
I'm still missing the ETD request filled out by Mancuso. I sent it to you on Aprile 23rd.
Please let me have the ETD request asap and I will issue the ETD valid for 30 days.
Best regards,
Angelika Kovaleva

_____
From: Coffee, Kesh [Kesh.Coffee@ice.dhs.gov]
Sent: Friday, April 24, 2020 10:45 PM
To: Consolato d'Italia negli Stati Uniti, Miami - Assistenza; 'Hector G Mora'
Subject: RE: Salvatore, Manusco Gomez 088 933 316

Can you tell me when we will receive the travel document and how long it will be valid for? I want to try and update travel unit do we can remove asap.


Sent with BlackBerry Work
(www.blackberry.com)


From: Coffee, Kesh <Kesh.Coffee@ice.dhs.gov<mailto:Kesh.Coffee@ice.dhs.gov>>
Date: Friday, Apr 24, 2020, 14:10
To: assistenza.miami@esteri.it <assistenza.miami@esteri.it<mailto:assistenza.miami@esteri.it>>, 'Hector G Mora' <hmora@wmr-law.com<mailto:hmora@wmr-law.com>>
Subject: RE: Salvatore, Manusco Gomez 088 933 316

Here you are.

Kesh M. Coffee
ICE/ERO/ATL
Special Response Team
Detained Unit
Atlanta Field Office
180 Ted Turner Drive SW
Atlanta, GA 30303
404.893-1336 (o)
470.747.1697 (m)
[cid:image001.png@01D61A42.1DCB3A30]


From: assistenza.miami <assistenza.miami@esteri.it>
Sent: Thursday, April 23, 2020 9:30 AM
To: 'Hector G Mora' <hmora@wmr-law.com>
Cc: Coffee, Kesh <Kesh.Coffee@ice.dhs.gov>
Subject: RE: Salvatore, Manusco Gomez 088 933 316

Hello everyone,
I received the documents from Off. Coffee.

Unfortunately we are still missing the ETD form request.
Please have Mr. Mancuso fill the attached form out and send it back to me by email. The form is only in Italian language so, if he needs help, feel free to call me.

Best regards,
Angelika Kovaleva
Ufficio Assistenza
Tel: 3057795085

From: Hector G Mora [mailto:hmora@wmr-law.com]
Sent: Tuesday, April 21, 2020 11:40 AM
To: Consolato d'Italia negli Stati Uniti, Miami - Assistenza
Cc: Coffee, Kesh
Subject: Re: Salvatore, Manusco Gomez 088 933 316

Good morning Ms. Kovaleva,

I hope you and your family are healthy and doing well despite these difficult circumstances.

As you might be already aware, Officer Coffee already mailed the formal request for a travel document with the removal order to the Italian Consulate in Miami. The envelope was delivered yesterday in the morning. First, I want to confirm the request is already in your hands.

Second, Mr. Mancuso already had two additional Coronavirus Tests last week. The last one was on Thursday  April 16 and the result fortunately was negative. The two prior tests had been positive, so he is awaiting a final one that should be performed today or tomorrow.

We already have the address in Italy where he will stay in quarantine during the 14 days after arrival to Italy.  I will complete the Declaration with the address for his signature and provide a copy to Mr. Coffee so officers transporting him have the document as well. We expect to have the letter from the physician and the two test results by the end of this week. I hope you can issue the travel document this week as well, so he has all documents required to travel.

Finally we are buying a one way, non-stop, flexible ticket from New York JFK to FCO in Rome. The ticket is a refundable one that does not require fees to change the reservation date. This is a requirement from ICE-DRO. The U.S. Government makes the final decision on the date and time the person will depart, which is not informed to the detainee, her/his lawyer or relatives for security reasons. In a few words, once ICE-DRO has the travel document, the test results with the doctor's letter, and the declaration, they will be able to make the final arrangements for departure.

I know these are particularly difficult times and working on these matters require an extra effort. We greatly appreciate the expeditious issuance of the travel document to Mr. Mancuso. Should you need anything else from us to issue the travel document, please do not hesitate to contact me at your earliest convenience.

Regards,

Hector G. Mora
Attorney for Mr. SAlvatore Mancuso.



On Wed, Apr 15, 2020 at 8:58 AM Consolato d'Italia negli Stati Uniti, Miami - Assistenza <assistenza.miami@esteri.it<mailto:assistenza.miami@esteri.it>> wrote:
Good morning Mr. Mora,

thank you for your email.

Please advise if Mr. Mancuso is positive to COVID-19.
If this is the case, he has to perform TWO CONSECUTIVE negative tests in the following manner: 1st test - result - 2nd test - result. It should be at least 24 hours of time between 2 tests.
He must have the clearance letter signed by a doctor attesting the dates of the tests and the negativity of both.

As per self-isolation in Italy: before his departure from the US, Mr. Mancuso has to fill out the declaration (I will send it to you by email once we have the date of his departure)  indicating the address in Italy where the self-quarantine will be done.

Please feel free to contact me should you have additional questions.

Best regards,
Angelika Kovaleva
Ufficio Assistenza

_____
From: Hector G Mora [hmora@wmr-law.com<mailto:hmora@wmr-law.com>]
Sent: Tuesday, April 14, 2020 11:12 PM
To: Consolato d'Italia negli Stati Uniti, Miami - Assistenza
Subject: Salvatore, Manusco Gomez 088 933 316

Dear Ms. Kovaleva,

I am forwarding to you the email I received from Mr. Coffee, the ICEERO officer working on Mr. Salvatore  MANCUSO's case. According to Officer Coffee he is mailing a formal request for the travel document to your office by UPS.  Most likely, he will mail the document tomorrow and hopefully arrive in your office on Thursday, April 16.  I will be tracking the package and will alert you once the  envelope is delivered.

Regarding the additional Coronavirus Tests that returning Italian Citizens must undergo before boarding a plane to Italy after testing positive or experiencing symptoms, please confirm that two additional tests are needed and if there is any special instructions to complete those tests (day of difference between the tests, validity, any required formality to report the results, etc.).  In addition, if you have any additional information regarding any required self-isolation / quarantine that Mr. Mancuso should arrange in advance in preparation for his arrival to italy, please let me know.

I hope you are doing well and all your family members are healthy. Sincere regards,

Hector

---------- Forwarded message ---------
From: Coffee, Kesh <Kesh.Coffee@ice.dhs.gov<mailto:Kesh.Coffee@ice.dhs.gov><mailto:Kesh.Coffee@ice.dhs.gov<mailto:Kesh.Coffee@ice.dhs.gov>>>

Date: Mon, Apr 13, 2020 at 5:53 PM
Subject: Salvatore, Manusco Gomez 088 933 316
To: Hector G Mora <hmora@wmr-law.com<mailto:hmora@wmr-law.com><mailto:hmora@wmr-law.com<mailto:hmora@wmr-law.com>>>

Good afternoon,

We are awaiting one document that we are assured of that will be sent from ICDC tomorrow. The TD application will be placed in the mail tomorrow. It is next day so it should arrive Wednesday or Thursday.

The UPS Tracking Number is 1za6e7200198010541

Kesh M. Coffee
ICE/ERO/ATL
Special Response Team
Detained Unit
Atlanta Field Office
180 Ted Turner Drive SW
Atlanta, GA 30303
404.893-1336 (o)
470.747.1697 (m)
[cid:1717a7bf55b4cff311]



--

Héctor G. Mora, Esq.


Wellstein Mora Rodriguez International
WMR Immigration Law Group

1789 Columbia Road, NW Ste. 200
Washington DC 20009

PH: +1 202-250<tel:(202)%20558-6515>-3488 (English) PH +1 202-558-6515<tel:(202)%20558-6515> (Spanish)

FAX: +1-866-431-2916<tel:(866)%20431-2916>

hmora@wmr-law.com<mailto:hmora@wmr-law.com><mailto:hmora@wmr-law.com<mailto:hmora@wmr-law.com>>

www.wmr-law.com<http://www.wmr-law.com><http://www.wmr-law.com/>


This communication contains confidential information that may be protected by attorney/client or other applicable privileges.  It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, copying or use of this communication or the information therein  is strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies.


Este mensaje es confidencial, está amparado por secreto profesional y no puede ser usado ni divulgado por personas distintas a su(s) destinatario(s). Si  recibió esta transmisión por error, por favor avise al remitente mediante réplica a este correo electrónico y borre o destruya toda copia del mismo.


--

Héctor G. Mora, Esq.

Wellstein Mora Rodriguez International
WMR Immigration Law Group

1789 Columbia Road, NW Ste. 200
Washington DC 20009

PH: +1 202-250<tel:(202)%20558-6515>-3488 (English) PH +1 202-558-6515<tel:(202)%20558-6515> (Spanish)

FAX: +1-866-431-2916<tel:(866)%20431-2916>

hmora@wmr-law.com<mailto:hmora@wmr-law.com>
www.wmr-law.com<http://www.wmr-law.com/>


This communication contains confidential information that may be protected by attorney/client or other applicable privileges.  It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any distribution, copying or use of this communication or the information therein  is strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies.


Este mensaje es confidencial, está amparado por secreto profesional y no puede ser usado ni divulgado por personas distintas a su(s) destinatario(s). Si  recibió esta transmisión por error, por favor avise al remitente mediante réplica a este correo electrónico y borre o destruya toda copia del mismo.


088933316 td.pdf
80K