8/15/2020 wmr-law Mail - RE: Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on ATD program and expedite arrange…

Case 1:20-cv-02250-RJL Document 1-8 Filed 08/17/20 Page 1 of 4



Hector G Mora <hmora@wmr-law.com>

---

# RE: Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on ATD program and expedite arrangements to remove him to Italy A#088 933 316

**Ferra, Alicia** <Alicia.Ferra@ice.dhs.gov>  Mon, Jun 15, 2020 at 3:29 PM
To: Hector G Mora <hmora@wmr-law.com>
Cc: "Coffee, Kesh" <Kesh.Coffee@ice.dhs.gov>, "Sullivan, Kristen" <Kristen.Sullivan@ice.dhs.gov>

Good afternoon,

Our office has reviewed Mr. Mancuso's case pursuant to the Fraihat v. ICE preliminary injunction. ICE considers Mr. Mancuso to be a threat to public safety due to the nature of his criminal conviction. Therefore, he will remain detained until ICE is able to effectuate his removal. For this same reason, our office will not consider releasing him for enrollment in the ATD program.

We have turned Mr. Mancuso's case over to our commercial air travel unit for scheduling. Currently, there are no available travel routes for removals to Italy. I understand Mr. Mancuso's family has offered to pay for his travel. While detained, the only circumstance that allows a detainee to pay for their own travel is when an immigration judge grants voluntary departure. Also, he requires an escorted removal for the entire journey and due to our policies, we can't simply witness his departure. This complicates the situation somewhat. We will continue to follow up, but unfortunately, there is nothing we can do until routes open.

Regards,

*Alicia Ferra*

Supervisory Detention & Deportation Officer

Detained Case Management

FoRR Coordinator

DHS-ICE-ERO Atlanta Field Office

Office: 404-893-1258

---

**From:** Hector G Mora <hmora@wmr-law.com>
**Sent:** Saturday, June 13, 2020 1:30 AM
**To:** Ferra, Alicia <Alicia.Ferra@ice.dhs.gov>
**Cc:** sean.W.Gallagher@ice.dhs.gov; Coffee, Kesh <Kesh.Coffee@ice.dhs.gov>; Sullivan, Kristen <Kristen.Sullivan@ice.dhs.gov>

8/15/2020 wmr-law Mail - RE: Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on ATD program and expedite arrange…

Case 1:20-cv-02350-RJL Document 1-8 Filed 08/17/20 Page 2 of 4

**Subject:** Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on ATD program and expedite arrangements to remove him to Italy A#088 933 316

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Dear Ms. Ferra,

I am writing on behalf of Mr. Salvatore MANCUSO GOMEZ, a detainee at IRWIN COUNTY DETENTION CENTER, with Alien #088 933 316, who I have been representing since his release from federal prison and transfer to ICE for removal. A form G-28 is already in file with ICE-ERO.

As you probably already know, Officer Kesh Coffee has extensively worked on this file and an administrative order of removal to Italy was issued already, which is pending for execution. My Client already consented to his removal to Italy and he has done everything in his power to ensure an emergency travel document (ETD) is issued by the Italian Consulate in Miami. Mr. Coffee already sent the request and the ETD will be issued without delays as soon as ICE-ERO confirms to the Consulate representative (Ms. Angelika Kovaleva) that all arrangements for Mr. Mancuso's removal are complete and travel occurs within 30 days, the validity of an ETD.

Mr. Mancuso was infected with the novel Coronavirus and probably one of the first detainees in ICE custody to suffer COVID-19 in the State of Georgia. He most likely was infected before his transfer to ICE custody. Being a 56-year-old male with chronic coughing, he experienced very severe symptoms and the post infection health consequences keep Mr. Mancuso on the verge of collapse. Those residual and re-emerging health problems constantly prompt Mr. Mancuso to seek medical attention inside Irwin County Detention Center. In an earlier email to Officer Coffee and a request made to the ICE-Atlanta Field Office for custody redetermination and consideration for an Alternative to Detention (ATD) program, I highlighted the after-effects that maintain Mr. Mancuso-Gomez in a very vulnerable condition and under high risk of falling victim of COVID-19:

> 1. Tachycardia with heart rate over 98 and even more than 1000 beats per minute. Mr. Mancuso used to register 68 heart beats per minute prior to COVID-19.
>
> 2. He continues to suffer shortness of breath or difficulty breathing with an estimated loss of pulmonary capacity of 32% approximately.
>
> 3. He suffers persistent lung pain, which is more acute in his right lung.
>
> 4. High blood pressure, registering 139/88 mmHg or above each time it is taken, which was 125/82 prior to Covid-19. During the peak of the disease, he had registered a high blood pressure of 186/98 mmHg.
>
> 5. Mr. Mancuso was suffering from a chronic cough before COVID-19, but after he got this

8/15/2020 wmr-law Gmail - RE: Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on a ATD program and expedite arrange…

Case 1:20-cv-02250-RJL Document 1-8 Filed 08/17/20 Page 3 of 4

infectious disease, the coughing has become more severe, which exacerbates his lung pain.

6. While in detention at the orders of the BOP and ICE, Mr. MANCUSO has been examined using x-rays, but no other imaging test has been performed to accurately diagnose the real cause of his chronic cough. CT and/or MRI scans are necessary because X-rays have not revealed the true cause of his chronic coughing and the coughing now has become more acute.

7. During the peak of symptoms of COVID-19, he suffered a serious eye irritation that has caused a noticeable deterioration of his vision. The severe irritation might have been correlated to the high blood pleasure he suffered.

8. Finally, but not least, the gastrointestinal infection he suffered with prolonged diarrhea has changed to intermittent but persistent diarrhea with lower back pain.

These severe health problems rather than receding constantly reemerge and his health continuous to be of great concern for his family and the detainee himself. We pray for a prompt consideration of the request for release on an ATD program that could be tailored with all the safeguard your office might deemed useful or necessary. Mr. MANCUSO needs to seek specialized care, in particular because he has suffered for more than five years a chronic cough that never has been properly diagnosed and with the harms caused by COVID-19 now is excruciating. He needs a proper evaluation using advanced imaging techniques, which his family could arrange as soon as he is enrolled in an ATD program. Mr. MANCUSO remains eagerly willing to cooperate in any possible way to execute the order of removal to Italy already outstanding for almost two months.

Mr. MANCUSO GOMEZ has offered to buy his own ticket to Italy and flights that were departing daily from the John F. Kenney International Airport in New York now are more widely available as Italy prepares for a second phase of relaxation of its travel restrictions. Italian citizens have been allowed to return to Italy just signing a declaration and committing to self-quarantine upon arrival, which was already prepared and signed by Mr. MANCUSO. Foreign citizens traveling for work related reasons and scheduled to depart Italy within less than 72 hours from arrival have been allowed to enter and have not been required to quarantine. Now, all citizens from European Union countries are also allowed to travel (since June 3) and after June 15, it is expected that all foreign tourists will be permitted to travel to Italy. At this point, it appears ICE-ERO could remove Mr. MANCUSO to Italy using several alternatives, the least expensive would be allowing him to travel in a commercial flight and safeguarding him to the door of the plane. His family has reaffirmed the desire to buy his airplane ticket, so his removal is accomplished without additional delays. He could seek the specialized medical attention he needs in Italy.

Notwithstanding my client's plea to expedite his removal to Italy, he is also praying for his release on an ATD program if his date of removal remains uncertain. As we all have learned, the life of detainees and avoiding their exposure to unnecessary risks, in particular those more vulnerable, is vital and takes priority. For those reason, even detainees with criminal record such as Mr. MANMCUSO GOMEZ, who has served a sentence for drug trafficking, should be considered for release.

8/15/2020 wmr-law.com Mail - RE: Follow up on earlier request to release Mr. Salvatore MANCUSO GOMEZ on ATD program and expedite arrange…

Case 1:20-cv-02250-RJL Document 1-8 Filed 08/17/20 Page 4 of 4

On April 4, 2020, ICE released docket review guidance, which ordered Field Office Directors ("FODs") across the country to identify individuals in certain CDC-defined categories for heightened risk of death due to COVID-19, and to make individualized determinations regarding continued custody. ("Docket Review Guidance," Dkt. No. 121-4.) Per the Docket Review Guidance, vulnerable detainees who are mandatorily detained initially did not receive any consideration, but courts throughout the country are mandating via injunctive relief to extend the revision of custody redeterminations to detainees in vulnerable conditions despite their initial exclusion in the "Docket Review Guidance".

On April 10, 2020, ICE Enforcement and Removal Operations ("ERO") issued COVID-19 Pandemic Response Requirements. ("Pandemic Response Requirements," Dkt. No. 124-1.) and stated that "Efforts should be made" to reduce the population to approximately 75% of capacity. Such an important measure to reduce the risk of the entire detainee population has not been implemented, reaching that goal remains unachieved.

U.S. District Judge Jesus Bernal in Los Angeles granted an emergency preliminary injunction at the request of immigrants with serious medical conditions or disabilities who said ICE had failed to take meaningful steps to protect them from the virus over the past month. See Fraihat, et al. v. U.S. Immigration and Customs Enforcement. As per the Court's order, ICE shall make timely custody determinations for detainees with Risk Factors, precisely in vulnerable conditions similar to that of Mr. MANCUSO GOMEZ. The factors analyzed in the Court's order include most of the health problems affecting Mr. Mancuso. The order calls for additional measures that ICE should promptly implement, including issuance of performance standard or a supplement to their Pandemic Response Requirements ("Performance Standard") defining the minimum acceptable detention conditions for detainees with the Risk Factors, **regardless of the statutory authority for their detention,** to reduce their risk of COVID-19 infection pending individualized determinations or the end of the pandemic. Under this compelling scenario, we respectfully ask for the expeditious consideration of Mr. MANCUSO's release and enrollment on an ATD program. Such request should not push aside the efforts to remove Mr. MANCUSO GOMEZ to Italy as per the outstanding administrative removal order that he already accepted as final.

On behalf of Mr. MANCUSO GOMEZ and his family, I thank you in advance for all your attention to this matter and favorable consideration of the plea in this letter. Please acknowledge receipt of this email and thank you for any status update you could provide us.

Respectfully submitted,


Hector Mora

Legal Counsel for Mr. Salvatore Mancuso Gomez


--

Héctor G. Mora, Esq.