# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SALVATORE MANCUSO GOMEZ a/k/a "EL MONO" | Civil Action No. 7:20-CV-116 (HL) |

## ORDER

On June 18, 2020, the United States of America filed a Complaint for Provisional Arrest with a View Towards Extradition pursuant to 18 U.S.C. § 3184. (Doc. 1). As set forth in the Complaint, in accordance with article 11 of the Extradition Treaty with the Republic of Colombia, U.S.-Colum., Sept. 14, 1979, S. Treaty Doc. No. 97-8 (1981) ("the Treaty"), the Government of Colombia requested that the United States provisionally arrest Salvatore Mancuso Gomez a/k/a "El Mono" ("Mancuso") with a view toward his extradition. The Court signed a warrant for Mancuso's arrest on June 18, 2020 (Doc. 2), and on June 22, 2020 issued a writ of habeas corpus *ad prosequendum* (Doc. 4), ordering the Sheriff of the Irwin County Detention Center in Irwin County, Georgia to deliver Mancuso to the United States Marshal for the Middle District of Georgia. The arrest warrant was executed on June 24, 2020. (Doc. 5).

Now before the Court is the United States' motion to dismiss the Complaint for Provisional Arrest with a View Towards Extradition. (Doc. 9). On July 17,

2020, the Government of Colombia transmitted a diplomatic note to the United States withdrawing the request for Mancuso's arrest with a view toward extradition. (Decl. of FAUSA Peter D. Leary, ¶ 2). Accordingly, the United States is no longer obligated under the Treaty with Colombia to extradite Mancuso for the charges described in the Complaint. (Id.). The United States therefore moves the Court to dismiss the Complaint (Doc. 1) and the Warrant for Arrest (Doc. 2). Mancuso does not oppose the United States' motion.

For good cause shown, the Court **DISMISSES** the United States' Complaint for Provisional Arrest with a View Towards Extradition (Doc. 1) and the Warrant for Arrest (Doc. 2).

**SO ORDERED**, this 21st day of July, 2020.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks