

Hector G Mora <hmora@wmr-law.com>

# RE: Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy

**White, Michael D** <Michael.D.White@ice.dhs.gov>   Thu, Jul 30, 2020 at 7:28 AM
To: Hector G Mora <hmora@wmr-law.com>, "Ferra, Alicia" <Alicia.Ferra@ice.dhs.gov>

Good morning Mr. Mora,

Please see the attached copy of the Notice to Alien of File Custody Review and Instruction Sheet to Detainee Regarding Requirement to Assist in Removal that was serve to your client, Mr. Mancuso.

As previously stated by SDDO Ferra, we are continually working to expedite Mr. Mancuso's removal as quickly as possible.

Respectfully,

*Mike White*

**Deportation Officer**

**DHS/ICE/ERO**

Atlanta Field Office

180 Ted Turner Dr. SW

Atlanta, GA 30303

**Desk: 404-893-1334**

**Cell: 229-869-0069**



**From:** Hector G Mora <hmora@wmr-law.com>
**Sent:** Wednesday, July 29, 2020 11:50 AM
**To:** Ferra, Alicia <Alicia.Ferra@ice.dhs.gov>

**Cc:** White, Michael D <Michael.D.White@ice.dhs.gov>
**Subject:** Re: Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

---

Good afternoon Ms. Ferra,

I want to thank you and Officer White for accommodating a conference call, the time invested, and the information provided regarding the status of your office's efforts to remove Mr. Mancuso.

As I communicated in our call, I have witnessed the efforts of you and your team to execute the removal order of April 15, 2000. I also can attest to the professionalism of Officers Coffee and Annala while preparing the administrative removal order and then working on the preparatory steps for the removal of Mr. MANCUSO to Italy. That being said, my Client, Mr. Salvatore MANCUSO is understandably concerned, desperate, and frankly frustrated with the prolonged detention and delay in executing the order. As it is natural, he desires to bring this process and associated detention to an end. I do not have to repeat the hardship and difficulties this detention has imposed on him and his family. However, it is pertinent to highlight that he turned himself voluntarily to the Colombian authorities almost 20 years ago, was charged, processed, sentenced, and convicted in a special jurisdiction court in Colombia. The criminal proceeding accumulated all charges as per special provisions in a statute enacted to promote and facilitate a peace and justice process that aimed to pacify Colombia and terminate a political conflict and war that has lasted more than 40 years.

Mr. Mancuso was invited to, and appeared before the Colombia Congress, to promote himself the peace process, to invite other political combatants to surrender and adhere to the peace initiative under the promise that all would enjoy due process warranties and fair trials. He prompted thousands of combatants to leave their arms and turned themselves to the authorities. He has shown remorse and never ignored the methods used to finance and fight a war on behalf of the Colombian government. Mr. Mancuso repeatedly accepted responsibility and decried the criminal activities that were associated or imputed to the armed group to which he belonged.

Mr. Mancuso was extradited to the U.S. and once again charged, processed, sentenced, and convicted. In both proceedings (in Colombia and in the U.S.), he admitted criminal responsibility, was sentenced, and convicted as per plea agreement that demanded full cooperation, which he provided with no reservations whatsoever despite knowing the severe consequences it would have for him and his family. His cooperation with all triggered a ferocious persecution that includes assassination and kidnapping attempts again Mr. Mancuso's family. His ex-wife and youngest child were granted asylum and today are U.S. citizens. Mr. Mancuso while in U.S. prison has been the subject of a public campaign that demonized him and the special jurisdiction that processed him. He has been threatened openly in the media. He gained enemies at the highest levels of power with his cooperation that shook the Colombian political establishment and ignited a series of high-profile investigations. Courts in Colombia have been used to launch judicial persecution with a series of actions that disregard the Colombian own constitutional guarantees, which in theory should protect individuals from double jeopardy and rapidly dismiss charges that were already finally disposed of.

Mr. MANCUSO suffered COVID-19 while in detention, his health has significantly deteriorated, he has children that have not been able to see him in many years, his elderly parents are very ill. His expectation of a prompt release is not only warranted by humanitarian considerations, but also by law. The truth is that regardless of the reason causing the delay to execute the order, the law clearly mandates that a final removal order must be executed within 90 days.

Neither I nor my client doubt your continuous commitment and tangible efforts to accomplish his removal to Italy. I am confident that you will press the "ICE Air Operations" unit to find a solution, to make the travel arrangement without further delays. We are convinced that with your coordination and close follow up this will happen in the next few days. All alternatives should be evaluated and keeping a detainee indefinitely with a final removal order that he has accepted as final should be the very last.

Again, thank you for your time in our conference call.

Regards,

Hector Mora


Note: I look forward to receiving a copy of the 90-day custody review.

On Fri, Jul 24, 2020 at 11:26 AM Ferra, Alicia <Alicia.Ferra@ice.dhs.gov> wrote:

> Good morning, Mr. Mora,
>
> Officer White and I are available to speak with you by telephone on Monday, July 27. Does 9:30 a.m. work for you?
>
> Regards,
>
> *Alicia Ferra*
>
> Supervisory Detention & Deportation Officer
>
> Detained Case Management
>
> FoRR Coordinator
>
> DHS-ICE-ERO Atlanta Field Office
>
> Office: 404-893-1258
>
> ---
>
> **From:** Hector G Mora <hmora@wmr-law.com>
> **Sent:** Thursday, July 23, 2020 3:00 PM
> **To:** Ferra, Alicia <Alicia.Ferra@ice.dhs.gov>
> **Cc:** Giles, Thomas P <Thomas.P.Giles@ice.dhs.gov>; Ciprian, Cesar E <Cesar.E.Ciprian@ice.dhs.gov>; Annala, John <John.Annala@ice.dhs.gov>; Coffee, Kesh <Kesh.Coffee@ice.dhs.gov>; joaquin perez <jplaw1@bellsouth.net>; Sullivan, Kristen <Kristen.Sullivan@ice.dhs.gov>; White, Michael D <Michael.D.White@ice.dhs.gov>; Musante, Patrick J <Patrick.J.Musante@ice.dhs.gov>
> **Subject:** Re: Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy
>
> > **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.
>
> Good morning Ms. Ferra,
>
> Thank you for your quick response to my email and your willingness to to discuss on the phone the case of my Client Mr. Salvatore MANCUSO. I am copying officer White and Attorney Joaquin Perez, who will be a joining as co-counsel in this case. An additional G-28 will be mailed to add Mr. PEREZ to Mr. MASNCUSO's file as co-counsel.

As you know, in this particular case the detainee's interest is to depart, to be removed as soon as possible to Italy. Each additional day Mr. MANCUSO spends in ICE custody, increases the possibility of new and additional complications to execute the removal order with the consequent expenses for the U.S. Government, already mounting. Mr. MANCUSO completed his criminal sentence almost four (4) months ago and still has not been removed despite his effort to cooperate to expedite his removal to Italy. There are details that we can explain better on a conference call (if a meeting in person is not possible) and that are important to accomplish a goal that I believe is common, both parties want that Mr. MANCUSO is removed without further delays.

If you can tell us the best time for the conference call with you and Mr. White, Joaquin Perez and I can accommodate a call later today or tomorrow. We look forward to speaking with you both. We can be on a ZOOM video conference, WhatsApp, regular conference call or use any other platform. My mobile number is 202-341-4187 and Mr. Perez's mobile is 305-775-8557.

An urgent matter is to resubmit the request for the Emergency Travel Document to the Italian Consulate in Miami. ICE-ERO still does not have in file an Emergency Travel Document to remove Mr. MANCUSO. The Italian Consulate was ready to issue the ETD, but it was not issued before the recent transfer to the U.S. Marshals. I spoke yesterday with Ms. Agelika Kovaleva of the Italian Consulate in Miami, who knows very well the case and she needs a new request from ICE due to the time that has passed since the initial request. She has all other requirements and is ready to respond but a newly dated request is needed.

The contact information for Ms. Kovaleva is:

Angelika Kovaleva

## Consulate General of Italy

4000 Ponce de Leon Blvd STE 590,
Coral Gables, FL 33146

assistenza.miami@esteri.it

Office Ph. (305) 374-6322

Mobile Ph. 786-603-7248

I look forward to speaking to you and Mr. White and thank you again for responding to my email. In all future correspondence, I will not copy any other person except Mr. White, you (Ms. Ferra), and Mr. Perez.

Regards,

Hector Mora

On Thu, Jul 23, 2020 at 10:10 AM Ferra, Alicia <Alicia.Ferra@ice.dhs.gov> wrote:
> Good morning, Mr. Mora,

Unfortunately due to COVID-19 restrictions, we are not currently conducting face to face meetings in our office. We are available to speak with you by telephone or correspond by email. We are working with our Commercial Air Operations to identify a route of travel for Mr. Mancuso's removal to Italy. However, there are two complicating factors; due to his criminal history, he requires an escorted removal and COVID-19 travel restrictions remain in place.

Deportation Officer Michael White is now assigned as the case officer for Mr. Mancuso. You can reach him by email at Michael.D.White@ice.dhs.gov. If you would like to schedule a time to speak to Officer White or myself by telephone, please let me know. Otherwise, feel free to contact either of us at any time regarding the status of Mr. Mancuso's case.

Regards,

*Alicia Ferra*

Supervisory Detention & Deportation Officer

Detained Case Management

FoRR Coordinator

DHS-ICE-ERO Atlanta Field Office

Office: 404-893-1258

---

**From:** Hector G Mora <hmora@wmr-law.com>
**Sent:** Tuesday, July 21, 2020 9:04 PM
**To:** Sullivan, Kristen <Kristen.Sullivan@ice.dhs.gov>
**Cc:** Giles, Thomas P <Thomas.P.Giles@ice.dhs.gov>; Ferra, Alicia <Alicia.Ferra@ice.dhs.gov>; Ciprian, Cesar E <Cesar.E.Ciprian@ice.dhs.gov>; Annala, John <John.Annala@ice.dhs.gov>; Coffee, Kesh <Kesh.Coffee@ice.dhs.gov>; joaquin perez <jplaw1@bellsouth.net>
**Subject:** Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Dear Ms. Sullivan,

I hope you, your family, and all officers in your office are doing well and remain healthy.

I am attaching a letter discussing the situation of Mr. Salvatore MANCUSO GOMEZ, a dual citizen of Colombia and Italy, who was initially transferred to ICE Custody on March 27, 2020 and on April 15

8/15/2020 your-law.com Mail - RE: Salvatore MANCUSO A#: 088-938-316 - Returned to ICE Custody. Expedite Removal to Italy

Case 1:20-cv-02350-RJL Document 1-19 Filed 08/17/20 Page 6 of 6

was issued an administrative removal order to Italy. The order has not been executed yet and more than 90 days have passed since ICE took custody.

Mr. Mancuso, initially in Irwin County Detention Center, was briefly transferred to the U.S. Marshal to face an extradition process at the request of the Colombian Government. Today, July 21, the U.S. District Court for the Middle District of Georgia dismissed the complaint and Mr. MANCUSO GOMEZ returned to ICE Custody. More than 90 days have passed since the removal order was issued, served, and accepted as final by Mr. MANCUSO.

During the past five months, Mr. MANCUSO has made all possible efforts to cooperate with his removal to Italy promptly providing information to expedite an administrative removal order and subsequent travel arrangements. His family offered to pay for the return transportation to Italy and that of security escorts, if deemed necessary. In the attached letter, I, as Mr. MANCUSO's counsel of record, insist once again on the urgency of completing his removal without further delays. Please see the text of the letter and exhibit referred therein for additional details.

I also request in the enclosed letter the opportunity to meet in person with a designee from your office to coordinate and expedite this effort. Later this week, I will be traveling from Washington, DC to Atlanta to visit Mr. MANCUSO and meeting with an officer assigned with the task of leading the effort to execute the removal order is very important.

I thank you in advance for acknowledging receipt of this email and enclosed correspondence, as well as confirmation of an appointment to meet in person with the officer assigned to this case. In the past, Officer Kesh Coffee and his supervisor, Ms. Alicia Ferra (both copied here) were working on this matter. I am not sure if they will continue to have responsibility over my client's detention and removal arrangements.

Respectfully,

Hector G, Mora

NOTE: Form – G-28 is already in file Immigration and Customs Enforcement (ICE) – copy enclosed.