

Hector G Mora <hmora@wmr-law.com>

# RE: Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy

**Ferra, Alicia** <Alicia.Ferra@ice.dhs.gov>  Fri, Aug 7, 2020 at 3:18 PM
To: Hector G Mora <hmora@wmr-law.com>
Cc: "White, Michael D" <Michael.D.White@ice.dhs.gov>

Good afternoon, Mr. Mora,

Mr. Mancuso's travel document application was mailed and received by the Italian Consulate this week. We have obtained an itinerary for his travel to Italy and will forward it to the Consulate. For security reasons, I cannot share any of the details regarding the date or time of Mr. Mancuso's removal.

Regards,

*Alicia Ferra*

Supervisory Detention & Deportation Officer

Detained Case Management

FoRR Coordinator

DHS-ICE-ERO Atlanta Field Office

Office: 404-893-1258

---

**From:** Hector G Mora <hmora@wmr-law.com>
**Sent:** Wednesday, August 05, 2020 10:13 PM
**To:** White, Michael D <Michael.D.White@ice.dhs.gov>
**Cc:** Ferra, Alicia <Alicia.Ferra@ice.dhs.gov>; Sullivan, Kristen <Kristen.Sullivan@ice.dhs.gov>
**Subject:** Re: Salvatore MANCUSO A# 088-933-316 - Returned to ICE Custody - Expedite Removal to Italy

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Dear Ms. Ferra,