

Hector G Mora &lt;hmora@wmr-law.com&gt;

## Fwd: Solicitud ETD Señor Mancuso Gómez

**Hector G Mora** &lt;hmora@wmr-law.com&gt;      Fri, Aug 14, 2020 at 2:51 PM
To: "Ferra, Alicia" &lt;alicia.Ferra@ice.dhs.gov&gt;, "White, Michael D" &lt;Michael.D.White@ice.dhs.gov&gt;
Cc: Jaime Alberto Paeres Jaramillo &lt;jaimepaeres@hotmail.com&gt;, "Avv. Fabio Federico" &lt;avv.fabio.federico@gmail.com&gt;, joaquin perez &lt;jplaw1@bellsouth.net&gt;
Bcc: gloriasierra196@gmail.com, carolinacrovo@gmail.com

Dear Ms. Ferra,

I hope everything is going well and that you all are healthy, safe.

The Italian Consulate in Miami just confirmed the Travel Document for Mr, Mancuso has been issued and mailed using official channels. With the assurance that said travel Document has been issued and mail, there is no impediment to materialize, to effectuate the removal with the timely cooperation and hard work of your team and ICE Air Operations. I trust you are doing everything in your power to complete the removal without delays.

It is impossible to avoid sounding the alarm about the frantic campaign that powerful Colombian factions have launched to force Colombian courts, any court willing to lend its authority, to issue a warrant for arrest against Mr. Mancuso. In the past few days, including today, the unlawful and flagrant pressure and inherence of those powerful actors (implicated in investigations triggered by testimony of Mr. Mancuso) in judicial proceedings is astounding. Falling to that pressure, high officers (not judges) have not hidden the determination to bring Mancuso back to Colombia regardless of the means in a desperate effort to silence him. These new are dominating the Colombia press.

For those reasons, I cannot stress enough the urgency of completing this removal righway. We risk falling in a vicious cycle. I have not doubt we can prevail and stop a second extradition request, but in the process all parties would suffer, especially Mr. MANCUSIO and his family. His family members are suffering a new wave of threats and harassment, even his Colombian attorney received the visit of armed men in his residence.

I thank you in advance for the continuous effort you and Mr. White are investing in this urgent effort. Please continue with the swift determination needed in this case.

Regards,


Hector Mora




---------- Forwarded message ---------
From: **Consolato d'Italia negli Stati Uniti, Miami - Assistenza** &lt;assistenza.miami@esteri.it&gt;
Date: Fri, Aug 14, 2020 at 1:57 PM
Subject: RE: Solicitud ETD Señor Mancuso Gómez
To: Hector G Mora &lt;hmora@wmr-law.com&gt;
Cc: Avv. Fabio Federico &lt;avv.fabio.federico@gmail.com&gt;, Emanuela Valenti Studio Legale Federico &lt;emanuela.valenti@studiolegalefederico.com&gt;, joaquin perez &lt;jplaw1@bellsouth.net&gt;


Gentile Avv. Mora e Avv. Federico,

il Consolato Generale ha emesso in data odierna il documento di viaggio in favore del vostro assistito Salvatore Mancuso Gómez e lo ha contestualmente spedito alle competenti autorità di ICE in Georgia.


Cordialmente
Ufficio Assistenza