8/15/2020 Denuncian errores serios en solicitudes de extradición de Mancuso - EEUU y Canadá - Internacional - ELTIEMPO.COM

Case 1:20-cv-02250-RJL Document 1-16 Filed 08/17/20 Page 1 of 8

   

HRW reports serious errors in Mancuso extradition requests



# HRW reports serious errors in Mancuso extradition requests

The Colombian State has attempted three extradition requests in relation to the former paramilitary chief.



Former paramilitary chief Salvatore Mancuso.
**Photo:** Luis Benavides / EFE -File

**RELATED:** UNITED STATES | HUMAN RIGHTS WATCH | SALVATORE MANCUSO | INTERNATIONAL EXTRADITION

**By:** Sergio Gómez Maseri          August 15, 2020, 11:10 a.m.

The Colombian Government would have made serious and inexcusable errors in the extradition requests it has made to **United States to bring former paramilitary chief back to the country Salvatore Mancuso.**

Mistakes, according to Human Rights Watch (HRW), they have him one step away from being sent to Italy and not to Colombia, where they still have countless open processes and outstanding confessions about his years as leader of self-defense.

### Related topics

| SALVATORE MANCUSO AUG 14 | SALVATORE MANCUSO AUG 14 | THEME OF THE DAY W AUG 14 |
|---|---|---|
| Libran arrest warrant for extradition purposes against Mancuso | Alias la Gata, Mancuso's return ticket to the country | Who's afraid of Salvatore Mancuso's truth? #AMancuso LeTemen |

"The Government must urgently exhaust all legal avenues at its disposal to achieve **Mancuso's extradition** and ensure that he is accountable for his role in heinous

8/15/2020 Denuncian errores serios en solicitudes de extradición de Mancuso - EEUU y Canadá - Internacional - ELTIEMPO.COM

Case 1:20-cv-02250-RJL Document 1-16 Filed 08/17/20 Page 2 of 3

 HRW reports serious errors in Mancuso extradition requests   


Share


146
Comment


Save


Report


Cover

of the paramilitary leader, whose testimony could be extremely valuable in achieving the full truth of crimes committed by paramilitary groups and their accomplices," HRW says in a statement he published on Saturday.
(You may be interested
in: Mancuso audio saying he wants to speak to Colombia justice )

Mancuso was extradited to the United States in 2008 by then-President Alvaro Uribe Vélez, along with 13 other paramilitaries to respond on drug trafficking charges.

**The decision was criticized at the time, as paramilitaries were testifying in the court proceedings that advanced** the Supreme Court against political leaders, as part of their commitments to the Justice and Peace Act.
The paramilitary was sentenced to 15 years in prison, which he completed early in March this year, thanks to his collaboration with the justice of that
country.
**Since he also holds Italian nationality, his lawyers have been pushing for him to be sent to that European country,** with which Colombia has no extradition treaty.
And his deportation, according to sources, would happen in less than 10
days.
Since March, the Colombian state has attempted three extradition requests in relation to Mancuso, but all have been rejected by the United States.

also: Libran arrest warrant for extradition purposes against Mancuso )

> **Colombian authorities have made very poor efforts to secure the return of the paramilitary leader, whose testimony could be extremely valuable**

 

"In June, U.S. prosecutors requested, at the request of Colombian authorities, a Georgia federal court to **extradited Mancuso** in connection with a 27-year prison sentence for two cases of kidnappings and murders committed in 1997, according to court documents to which Human Rights Watch had access. **But days later, Colombia suddenly withdrew his application.** While the Colombian authorities did not give an explanation in this regard, HRW has been able to confirm that the extradition request was withdrawn because the courts had already consolidated that ruling with the justice and peace decisions and considered that the penalty had already been served," the US organization says.

To José Miguel Vivanco, director for the Americas at this NGO, it is something that could have been avoided with a quick and superficial reading of the relevant condemnation of Justice and Peace and an online search. Between **March and May, the Colombian authorities drafted two other extradition requests in connection** with cases of homicide, abduction and forced displacement.

 HRW reports serious errors in Mancuso extradition requests

match U.S. law – a standard requirement for extradition cases from that country.

> **These three poor extradition requests are difficult to reconcile with the importance this case should have**

"Given that there are hundreds of cases pending against Mancuso and that the Colombian authorities have significant experience with extradition processes, these three poor extradition requests are hard to match the importance of this case," Human Rights Watch said.

The NGO's communiqué also coincides with a letter recently sent by Senator Patrick Leahy to the Attorney General

of United States where he warns of this possibility and asks him to intervene.

(You may be interested

in: Human Rights Watch warns of power of armed groups in Arauca)

According to Leahy, when Colombia sent Mancuso to the United States, it did so on the understanding that it would be returned to Colombia once its judicial process was completed. The problem is that, apart from the verbal commitment that was made at the time with the United States authorities, there is no document or where that agreement is found.

Leahy has said that, in any event, if Washington chooses to deport Mancuso to Italy, he would be injured years of judicial cooperation between the United States and Colombia.

SERGIO GÓMEZ MASERI Correspondent of EL TIEMPO WASHINGTON On Twitter: @sergom68

**DOWNLOAD THE EL TIEMPO APP**

News from Colombia and the world instantly: Customize, discover and find out.

LEARN MORE

# Discover news for you