https://www.colombia.com/actualidad/nacionales/el-dia-que-mancuso-fue-aplaudido-en-el-congreso-de-la-republica-231679

Update  Fri, 14 / Jun / 2019 1:55 pm

# So was the day that paramilitary leaders were applauded in the Congress of the Republic

"I have no objection to these democracy tests," then-President Uribe said after Mancuso's speech in Congress in 2004.



Salvatore Mancuso, on his visit to the Congress of the Republic, in 2004. Photo: Twitter

On June 12, **Seuxis Paucias Hernández, alias 'Jesús Santrich',** first entered the Congress of the Republic willing to occupy a curul as a representative, which granted him the Peace Agreement signed between the National Government and the former FARC guerrilla, in 2016.

It should be remembered that the signing of this agreement insure former guerrilla leaders 10 positions in Congress: **five in the Senate and another five in the House of Representatives.**

However, the criminal process investigating 'Santrich' in the Supreme Court of Justice earned him not to be welcomed with open arms by his colleagues. Members of parties related to the Colombian government (Democratic Center, for example) and those of opposition (Green Alliance Party) showed their rejection of the former guerrilla's presence.

"**Don't expect a single syllable defending 'Santrich' on our side,** but we will give everything for the peace and institutionality it wants and that was created so that in this country barbarity stops," said Congressman Inti Asprilla of the Green Party.

**Listen here to Colombia's leading news stations**

## Double standard?

For many, the appearance of 'Santrich' in Congress is an act of impunity that left the Peace Agreement in Colombian law.

However, as has been the case for a few years in the country, social networks are not hiding anything and it was these that brought to the memory of Colombia a moment of 2004, very similar, and that also happened in the facilities of the Congress; **only this time the protagonists were not the former guerrillas but the paramilitaries.**

**Salvatore Mancuso, Ramón Isaza and Ernesto Báez,** supreme leaders of the then United Self-Defense Forces of Colombia (AUC), had their moment of glory in the Congress of the Republic in the hopeful gaze of politicians related to the

government of then-President Alvaro Uribe, who was in a peace process with the AUC.

==According to an account by Héctor Abad Faciolince, columnist of the Week magazine in the year that this "curious" fact occurred, the three protagonists of the far right in the country had a moment to expose, each, the thoughts they had regarding the negotiation of peace (initiated two years earlier in Santa Fe de Ralito), as well **as the reasons they had to delinquent the way they did in Colombia.**==

=="Salvatore Mancuso, in an energetic and rested tone, read his harangue: 46 minutes and 15 seconds. A long attack on the abandonment of the state and **an ode to the heroism of self-defense,"**Abad wrote, ensuring that the other two leaders dealt with issues similar to Mancuso's.==

==Of course, what would be expected after this intervention is for the congressmen to replicate with heated criticism against the paramilitary chiefs. However, the reaction was contrary: **the speeches were followed by a barrage applause from the congressmen witnessing the session.**==

"With a couple of exceptions (Senator Pardo and Rep. Parody), the nearly 60 congressmen present at the session (out of a total of 268, it must be said), in addition to the governor of Córdoba and the mayor of Montería, **cheered the commander,"**was the reaction of Uribist politicians following Mancuso's speech, described by Abad.

But with all this performance, what impresses the story of Hector Abad is the statements he collected from Uribe, said in the middle of a forum, and **which completely contradict his thinking** regarding the Peace Agreement with the FARC. "Since there is good faith in moving forward in a process, I have no objection to being given **these democracy tests.** I think they feel more comfortable talking in Congress **than in violent action in the jungle."**

"Once again (...) Colombia is perceived as a corrupt tropical country that from time to time gives in to the blackmail of the violent," Said Abbot in his column, predicting what would happen to 'Santrich', while recalling what happened 15 years ago, when **the paramilitaries were applauded by the same people who today reject the former guerrillas in Congress.**



ACTUALIDAD    

# Así fue el día que líderes paramilitares fueron aplaudidos en el Congreso de la República

"No tengo objeción a que se les den estas pruebitas de democracia", dijo el entonces presidente Uribe tras la intervención de Mancuso en el Congreso, en 2004.

Actualización • Vie, 14 / Jun / 2019 1:55 pm                SÍGUENOS EN:  Google News

Salvatore Mancuso, en su visita al Congreso de la República, en 2004. Foto: Twitter



El pasado 12 de junio, **Seuxis Paucias Hernández, alias 'Jesús Santrich'**, ingresó por primera vez al Congreso de la República dispuesto a ocupar una curul como representante, misma que le otorgó el Acuerdo de Paz firmado entre el Gobierno Nacional y la exguerrilla de las FARC, en 2016.

Cabe recordar que la firma de este acuerdo les aseguraba a los exlíderes guerrilleros 10 puestos en el Congreso: **cinco en el Senado y otros cinco en la Cámara de Representantes.**

Ahora bien, el proceso delictivo por el que se investiga a 'Santrich' en la Corte Suprema de Justicia le valió para no ser recibido con los brazos abiertos por sus colegas. Tanto miembros de partidos afines al Gobierno colombiano (Centro Democrático, por ejemplo) como aquellos de oposición (Partido Alianza Verde), mostraron su rechazo a la presencia del exguerrillero.

> *"Comparto con ustedes queridos paisanos y amigos nuestra intervención del día de hoy en la Plenaria de la*

> Cámara de Representantes en el momento en que hace su ingreso al recinto Jesús Santrich." [@jaimeflozada](#) [pic.twitter.com/BuTvfkoOox](#)
>
> — Partido Conservador (@soyconservador) [June 12, 2019](#)

"**De nuestro lado no esperen ni una sola sílaba defendiendo a 'Santrich'**, pero lo daremos todo por la paz y la institucionalidad que quiere y que se creó para que en este país pare la barbarie", dijo el congresista Inti Asprilla, del Partido Verde.

> *Esto piensa la bancada del partido Alianza Verde de la llegada de [#Santrich](#) a la Cámara de Representantes:* [pic.twitter.com/NidRTyR2Na](#)
>
> — Inti Asprilla (@intiasprilla) [June 13, 2019](#)

[Escucha acá las principales emisoras informativas de Colombia](#)

## ¿Doble rasero?

Para muchos la aparición de 'Santrich' en el Congreso es un acto de impunidad que dejó el Acuerdo de Paz en la legislación colombiana.

Sin embargo, como sucede desde hace algunos años en el país, las redes sociales no se esconden nada y fueron estas las que trajeron a la memoria de Colombia un momento de 2004, muy parecido, y que sucedió también en las instalaciones del Congreso; **solo que esta vez los protagonistas no eran los exguerrilleros sino los paramilitares.**

**Salvatore Mancuso, Ramón Isaza y Ernesto Báez**, líderes supremos de las entonces Autodefensas Unidas de Colombia (AUC), tuvieron su momento de gloria en el Congreso de la República ante la mirada esperanzadora de los políticos afines al gobierno del entonces presidente Álvaro Uribe, mismo que se encontraba en un proceso de paz con las AUC.

> *Los uribistas olvidan, que el Patrón durante su Gobierno ordenó recibir y arrodillarse ante el Jefe Paramilitar Mancuso, este hecho de verguenza nacional, ocurrió en la plenaria del Congreso.* [pic.twitter.com/NFoiFknTXd](#)
>
> — Euquico (@Eclides3) [June 14, 2019](#)

Según un relato de Héctor Abad Faciolince, columnista de la Revista Semana en el año que ocurrió este "curioso" hecho, los tres protagonistas de la extrema derecha en el país tuvieron un momento para exponer, cada uno, los pensamientos que tenían respecto a la negociación de paz (iniciado dos años antes en Santa Fe de Ralito), así **como las razones que tuvieron para delinquir de la manera en que lo hicieron en Colombia.**

"Salvatore Mancuso, en tono enérgico y reposado, leyó su arenga: 46 minutos y 15 segundos. Un largo ataque al abandono del Estado y **una oda al heroísmo de las autodefensas**", escribió Abad, asegurando que los otros dos líderes trataron temas similares a los de Mancuso.

Por supuesto, lo que se esperaría tras esta intervención es que los congresistas replicaran con críticas acaloradas en contra de los jefes paramilitares. Sin embargo, la reacción fue contraria: **los discursos fueron seguidos por una lluvia de aplausos de los congresistas que presenciaban la sesión.**

"Con un par de excepciones (el senador Pardo y la representante Parody), los casi 60 congresistas presentes en la sesión (de un total de 268, hay que decirlo), además del gobernador de Córdoba y el alcalde de Montería, **ovacionaron al comandante**", fue la reacción de los políticos uribistas tras el discurso de Mancuso, descrita por Abad.

Pero, con toda esta actuación, lo que más impresiona del relato de Héctor Abad son las declaraciones que recogió de Uribe, dichas en medio de un foro, y **que contradicen completamente su pensamiento** en relación con el Acuerdo de Paz con las FARC. "Desde que haya buena fe para avanzar en un proceso, no tengo objeción a que se les den **estas pruebitas de democracia.** Creo que se sienten más cómodos hablando en el Congreso **que en la acción violenta en la selva".**

"Una vez más (...) Colombia es percibida como un corrupto país tropical que cada cierto tiempo cede ante el chantaje de los violentos", manifestó Abad en su columna prediciendo lo que pasaría con 'Santrich', mientras recordaba lo que ocurrió hace ya 15 años, cuando **los paramilitares fueron aplaudidos por los mismos que hoy rechazan a los exguerrilleros en el Congreso.**

> *Con Santrich / Con Mancuso* pic.twitter.com/ngEwcW1TVh
>
> — *Superandianda (@Superandianda)* June 14, 2019

Christopher Ramírez ● Colombia.com ● Vie, 14 / Jun / 2019 10:29 am

**TAGS:** Colombia, Salvatore Mancuso, Álvaro Uribe Vélez

SÍGUENOS EN:

## ARTÍCULOS RELACIONADOS

Actualidad ● OCT 9 / 2018
**Salvatore Mancuso ratifica sus denuncias contra Álvaro Uribe**

Actualidad ● OCT 25 / 2016
**Corte Suprema condenó a ocho años a Salvatore Mancuso**

+ ARTÍCULOS