UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Case No.: 1:20-cv-2250

| | |
|---|---|
| Salvatore Mancuso Gomez, <br> 132 Cotton Dr, Ocilla, GA 31774 <br><br> Petitioner, <br><br> v. <br><br> Chad F. Wolf, Acting Secretary, <br> U.S. Dept. of Homeland Security, <br> Washington, DC 20528 <br><br> Matthew T. Albence, Acting Director, <br> U.S. Immigration and Customs Enforcement <br> 500 12th St., SW Washington, D.C. 20536 <br><br> Henry Lucero, Executive Associate Director <br> Enforcement and Removal Operations, ICE <br> 500 12th St., SW Washington, D.C. 20536 <br><br> Thomas P. Giles, Field Office Director <br> Atlanta ICE Field Office <br> 180 Ted Turner Dr. SW Ste 522 Atlanta, GA, 30303 <br><br> Katrina S. Kane, Deputy Assistant Director <br> ICE Air Operations <br> 500 12th St., SW Washington, D.C. 20536 <br><br> William Barr, <br> U.S. Attorney General <br> 950 Pennsylvania Ave., NW Washington, DC 20530 <br><br> Respondents. | **PETITION** |

## PETITION FOR WRIT MANDAMUS AND INJUNCTIVE RELIEF

**PRELIMINARY STATEMENT**

This action challenges the unreasonable delay to remove the Petitioner from the United States to Italy pursuant to a final administrative removal order signed on April 15, 2020. The Petitioner