UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ,<br><br>    PLAINTIFF,<br>    v.<br><br>CHAD F. WOLF, ACTING SECRETARY,<br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, ET. AL.<br><br>    DEFENDANTS. | CIVIL ACTION NO.: 20-2250 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook as counsel of record for each Defendant in the above-captioned case.

Dated: August 19, 2020          Respectfully submitted,

By:   /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov