UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA (WASHINGTON, DC)
CASE NO.: 20-CV-02250

**SALVATORE MANCUSO GOMEZ,**
    *Petitioner*,

-v.s-

**CHAD F. WOLF, Acting Secretary,**
**U.S. Dept. of Homeland Security,**
    *Respondent, et al.*
_____/

**NOTICE OF APPEARANCE AS COUNSEL**

**COMES NOW**, the undersigned attorney and hereby files his appearance on behalf of, **SALVATORE MANCUSO GOMEZ**, and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to him on behalf of said Petitioner.

                                         Respectfully submitted,

                                         /s/ *Joaquin Perez*
                                         _____
                                         JOAQUIN PEREZ, ESQ.
                                         Counsel for Defendant
                                         6780 Coral Way
                                         Miami, Florida 33155
                                         Tel: (305) 261-4000
                                         Fax: (305) 662-4067
                                         DC Bar: 989889

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 21st day of August, 2020 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*
_____
Joaquin Perez, Esq.