UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Salvatore Mancuso Gomez, ) | |
| ) | |
| Petitioner, ) | Civil Case: 20-cv-2250 RJL |
| ) | |
| v. ) | |
| ) | |
| Chad F. Wolf, Acting Secretary, ) | **FILED** |
| U.S. Dept. of Homeland Security, ) | **AUG 2 6 2020** |
| ) | |
| Matthew T. Albence, Acting Director, ) | Clerk, U.S. District & Bankruptcy |
| U.S. Immigration and ) | Courts for the District of Columbia |
| Customs Enforcement ) | |
| ) | |
| Henry Lucero, Executive Associate Director, ) | |
| Enforcement and Removal Operations, ICE ) | |
| ) | |
| Thomas P. Giles, Field Office Director, ) | |
| Atlanta ICE Field Office ) | |
| ) | |
| Katrina S. Kane, Deputy Assistant Director, ) | |
| ICE Air Operations ) | |
| ) | |
| William Barr, U.S. Attorney General ) | |
| ) | |
| Respondents. ) | |
| ) | |

**JUDICIAL ORDER OF STAY OF PROCEEDINGS**

Whereas, the Court has scheduled a hearing on Petitioner's Motion for Temporary Restraining Order [Dkt. No. 6] for Monday, August 24, 2020 at 3:00 p.m.; and,

Whereas, a consent agreement between the parties has been reached; and,

Whereas, Respondents have represented that Petitioner is currently scheduled to be removed from the United States to Italy no later than Friday, September 4, 2020; and,

Whereas, Respondents have represented that should a decision be made to remove Petitioner to another country, he would be provided at least 14 days' advance notice; it is hereby,

**ORDERED** that Petitioner's motion for a temporary restraining order is held in abeyance pending Petitioner's removal from the United States to Italy; and it is further hereby

**ORDERED** that all issues raised in Petitioner's pleadings shall be held in abeyance and that any defenses available to Respondent are preserved; and it is further hereby

**ORDERED** that upon removal of Petitioner from the United States to Italy, Petitioner's counsel shall file a motion dismissing all claims.

So Ordered this 25th day of August, 2020.

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE