*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
180 Ted Turner Dr. S.W.
Atlanta, GA 30303



**U.S. Immigration and Customs Enforcement**

August 29, 2020

MANCUSO-Gomez, Salvatore                               A088 933 316
c/o Immigration and Customs Enforcement
Atlanta Field Office

### Notice of Change of Country of Removal

This letter is to inform you that the U.S. Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) does not intend to honor your designation of Italy as the country to which you will be removed pursuant to the final administrative removal order issued in your case on April 16, 2020 and instead intends to remove you to Colombia. It has been determined pursuant to section 241(b)(2)(C)(iv) of the Immigration and Nationality Act (INA) that your removal to Italy at this time is prejudicial to the United States.

If you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or if you fear torture in any specific country or countries, you may request withholding of removal under INA section 241(b)(3) or withholding or deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment of Punishment (Convention Against Torture). In order to provide you with an opportunity to raise any such claim of fear of persecution or torture, ICE will not execute your removal to Colombia until 14 calendar days have passed from the date of this notice.

Sincerely,

*Tom Giles*
—————————————
Tom Giles
*Field Office Director*
Atlanta Field Office

cc: Hector G. Mora
WMR Immigration Law Group
1789 Columbia Road N.W.
Suite 200
Washington, D.C. 20009

**CERTIFICATE OF SERVICE**

I __E. Stewart 8248__, __Deportation Officer__,
    Name of ICE Officer                             Title

certify that I served __MANCUSO-Gomez, Salvatore__ with a copy of
                         Name of detainee

this document at __Robert A Dayton Det.__ on __5/29/20__, at __11:20__.
             Institution                 Date           Time

I acknowledge that I have received this Notice of Change of Country of Removal.

__/s/ Salvatore Mancuso Gomez__       __5/29/2020   11:20__
Salvatore Mancuso Gomez             Date and Time

[X] I request withholding or deferral of removal to __Colombia__ [Name of Country or Countries]:

    [X] Under section 241(b)(3) of the Act, 8 U.S.C. § 1231(b)(3), because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

    [X] Under the Convention Against Torture, because I fear torture in that country or those countries.

[ ] I do not request withholding or deferral of removal.

__/s/ Salvatore Mancuso Gomez__       __5/29/2020   11:20__
Salvatore Mancuso Gomez             Date and Time