UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALVATORE MANCUSO GOMEZ, | ) ) ) ) | |
| Petitioner, | ) ) | Civil Case: 20-cv-2250 RJL |
| v. | ) ) ) | |
| CHAD F. WOLF, ACTING SECRETARY, U.S. DEPT. OF HOMELAND SECURITY, *et al.* | ) ) ) ) | |
| Respondents. | ) ) | |

ORDER

Upon consideration of Petitioner's emergency motion to vacate the stay of proceedings and schedule an immediate hearing, the motion is GRANTED.

SO ORDERED this _____ day of _____, 2020.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE