| | |
|---|---|
| **From:** | Seabrook, April (USADC) |
| **To:** | "Manuel Retureta" |
| **Cc:** | Joaquin Perez |
| **Subject:** | RE: Mancuso v Wolf |
| **Date:** | Thursday, August 27, 2020 1:53:47 PM |

Hi Manny:

Thank you for your email.  Neither my clients nor I have done anything to mislead you or the Court.  To be clear, our representation to you and the Court was that: "Petitioner is currently scheduled to be removed from the United States to Italy . . . no later than Friday, September 4, 2020; and . . . that should a decision be made to remove Petitioner to another country, Petitioner would be provided at least 14 days advance notice."  Those representations were and remain true.

Mr. Mancuso is still currently scheduled for removal to Italy no later than September 4, 2020.  No representation was made or is being made regarding the existence or non-existence of communications inside the US government or with other countries regarding removal or extradition.  Until an alien is removed, it is always possible that a change will be made.  Accordingly, we did not and would not represent that no change is possible.   As we previously said, should a decision be made to remove Mr. Mancuso to another country, he will be provided at least 14 days advance notice.

Best,
~ April D.S.

APRIL DENISE SEABROOK
Assistant United States Attorney
Office: (202) 252-2525 | Cell: (202) 815-9024
April.Seabrook@usdoj.gov



-----Original Message-----
From: Manuel Retureta <mjr@returetawassem.com>
Sent: Thursday, August 27, 2020 10:50 AM
To: Seabrook, April (USADC) <ASEABROOK@usa.doj.gov>
Cc: Joaquin Perez <jplaw1@bellsouth.net>
Subject: Mancuso v Wolf

Hi April,

We write to confirm that Mr. Mancuso's removal to Italy continues to be in place and moving forward.

Our question is spurred because we have received information, from reliable sources in Colombia and the U.S., telling us that the US government is actively engaged in assisting, and coordinating with, Colombia's effort to extradite Mr. Mancuso. We are very troubled by this since it is inconsistent with our understanding of our agreements, and representations made to Judge Leon.

Admittedly, if Colombia, or any other nation, seeks Mr. Mancuso, that is a matter for that nation.  However, if the U.S. (specifically the named defendants in our matter) is actively engaged in Colombia's effort to extradite Mr. Mancuso, your clients have been less than forthcoming with you.

A political quid pro quo between nations is understood. However, representations to the Court that your clients are actively engaged in his removal to Italy, which include a date certain for such action, when at the same time your clients are actively coordinating an effort to extradite him to Colombia is completely inconsistent with what was told to Judge Leon, and is unacceptable.

Perhaps we should have a conference call this morning to discuss our concern.

Thanks
Manny

Manuel J. Retureta, Esq.
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Ave., NW, Suite 900
Washington, D.C.  20001
202-549-0679