UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, ) | |
| ) | |
| Petitioner, ) | Civil Case: 20-cv-2250 RJL |
| ) | |
| v. ) | |
| ) | |
| CHAD F. WOLF, ACTING SECRETARY, ) | |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.* ) | |
| ) | |
| Respondents. ) | |

ORDER

Upon consideration of Petitioner's motion for leave to reply to the Government Response [ECF 15] to Petitioner's Motion to Vacate Stay [ECF14], the motion is GRANTED. The following briefing schedule is ORDERED:

| | |
|---|---|
| Petitioner's Reply Brief due no later than: | September 11, 2020 |
| Respondent's Opposition due no later than: | September 25, 2020 |
| Petitioner's Sur-Reply due no later than: | October 2, 2020 |

SO ORDERED this _____ day of _____, 2020.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE