UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, )<br>)<br>PETITIONER, )<br>)<br>v. )<br>)<br>CHAD F. WOLF, ACTING SECRETARY, )<br>U.S. DEPT. OF HOMELAND SECURITY, )<br>)<br>MATTHEW T. ALBENCE, ACTING DIRECTOR, )<br>  U.S. IMMIGRATION AND )<br>  CUSTOMS ENFORCEMENT )<br>)<br>HENRY LUCERO, EXECUTIVE ASSOCIATE DIRECTOR, )<br>  ENFORCEMENT AND REMOVAL OPERATIONS, ICE )<br>)<br>THOMAS P. GILES, FIELD OFFICE DIRECTOR, )<br>  ATLANTA ICE FIELD OFFICE )<br>)<br>KATRINA S. KANE, DEPUTY ASSISTANT DIRECTOR, )<br>  ICE AIR OPERATIONS )<br>)<br>WILLIAM BARR, U.S. ATTORNEY GENERAL )<br>)<br>RESPONDENTS. )<br>) | CIVIL A. NO. 20- 2250 (RJL) |

**JOINT MOTION TO STAY PROCEEDINGS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to the inherent authority of the Court, Respondents and Petitioner respectfully move to stay all proceedings in this matter. In support of this motion, the parties state:

**BACKGROUND**

1. On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

2. On September 2, 2020, the Court held a telephonic motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF NO. 6], which had been filed on August 18,

2020. The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties have done.

3. Respondents' pleading responsive to the Amended Complaint is due on October 20, 2020.

**BASIS FOR STAY AND OTHER INFORMATION**

4. As the Court noted during the September 2, 2020, hearing and the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], Petitioner is proceeding through an administrative process regarding his removal and the determination of the country to which he will be removed.

5. The parties have conferred and agree that a stay of proceedings is appropriate in this matter to permit the ongoing administrative proceedings to continue and to preserve the parties' and the Court's resources, as the administrative proceedings may resolve the need for further judicial intervention and proceedings.

6. Accordingly, the parties propose that the Court enter an Order that (i) stays all proceedings in this matter, including the requirement for Respondents to file a responsive pleading; and (ii) requires the parties to file a Joint Status Report every 30 days, beginning November 12, 2020.

7. The parties' agreement and request to a stay of proceedings is not intended to waive or otherwise negate any argument or defense that either party has previously asserted or may assert in the future in connection with the claims in this matter.

\*   \*   \*

WHEREFORE, based on the foregoing, the parties ask that the Court grant this motion and stay proceedings.

Dated: October 15, 2020

Hector G. Mora, Esq.
D.C. Bar No. 489889
WMR Immigration Law Group, LLC
1789 Columbia Road NW, Ste. 200
Washington, D.C. 20009
Ph: (202) 558-6515
HMORA@WMR-LAW.COM

Manuel J. Retureta, Esq.
D.C. Bar No. 430006
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Avenue, NW, Suite 900
Washington, D.C. 20001
202.450.6119
MJR@RETURETAWASSEM.COM

Joaquin Perez, Esq.
6780 Coral Way
Miami, Florida 33155
305.261.4000
JPLAW1@BELLSOUTH.NET

COUNSEL FOR PETITIONER

Respectfully submitted,

Michael R. Sherwin
Acting United States Attorney

Daniel F. Van Horn
D.C. Bar No. 924092
Chief, Civil Division

By: */s/ April Denise Seabrook*
April Denise Seabrook
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR RESPONDENTS

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, | ) |
|     PETITIONER, | ) CIVIL A. NO. 20- 2250 (RJL) |
| V. | ) |
| CHAD F. WOLF, ACTING SECRETARY, U.S. DEPT. OF HOMELAND SECURITY, | ) |
| MATTHEW T. ALBENCE, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | ) |
| HENRY LUCERO, EXECUTIVE ASSOCIATE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, ICE | ) |
| THOMAS P. GILES, FIELD OFFICE DIRECTOR, ATLANTA ICE FIELD OFFICE | ) |
| KATRINA S. KANE, DEPUTY ASSISTANT DIRECTOR, ICE AIR OPERATIONS | ) |
| WILLIAM BARR, U.S. ATTORNEY GENERAL | ) |
|     RESPONDENTS. | ) |

## **PROPOSED ORDER**

Upon consideration of the parties' Motion to Stay, and the full record in this matter, it is hereby **ORDERED** that the Motion is **GRANTED.** All proceedings in this mattered are STAYED and the parties are instructed to file a Joint Status Report every thirty days, with the first report due on November 12, 2020.

It is **SO ORDERED**.

_____        _____
Date                                             United States Judge