UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALVATORE MANCUSO GOMEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case:  20-cv-2250 RJL |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD F. WOLF, ACTING SECRETARY, | ) | |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of October 20, 2020, the parties respectfully submit the following joint status report regarding Mr. Mancuso's (Petitioner's) administrative process.

## **Background and Joint Statement of Parties**

1. On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

2. On September 2, 2020, the Court held a telephone motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF NO. 6], which had been filed on August 18, 2020.  The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties did.

3.   On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports.  The Court granted the joint motion and ordered the parties to file a joint status report on or before November 12, 2020.

4.   As the Court noted during the September 2, 2020, hearing, and as the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], and the October 15, 2020, Joint Motion to Stay Proceedings [ECF No. 19], Petitioner is proceeding through an administrative process regarding his removal from the United States and the determination of the country to which he will be removed.

5.   The parties have conferred and agree that a stay of proceedings continues to be appropriate so as to permit the ongoing administrative proceedings to continue and to preserve the parties' and the Court's resources, as the administrative proceedings may resolve the need for further judicial intervention and proceedings.

## Petitioner's Additional Statement

6.   Individually, Petitioner continues to maintain that U.S. Department of Homeland Security ("DHS") Acting Secretary Chad Wolf acted without authority when he changed Petitioner's removal country from Italy to Colombia.  As such authority vests only in the Attorney General and, even were a DHS Secretary empowered to exercise that authority, Mr. Wolf did not properly act as DHS Secretary.

7.   In a previous status report [ECF 18], Petitioner highlighted the case of *Casa de Maryland v. Wolf, et al.*, 20-cv-02118-PX, where Judge Paula Xinis of the United States District of Maryland found Acting DHS Secretary Wolf had promulgated rules "'in excess of…authority' and not 'in accordance with the law.'" *Id*. at *23.

8.   More recently, on October 8, 2020, Judge Randolph D. Moss of this Court also concluded that Acting DHS Secretary Wolf acted without authority and "not in accordance with the law" when he increased U.S. Citizenship and Immigration Services fees because his appointment was not "effective." *Northwest Immigrant Rights Project, et al. v. United States Citizenship and Immigration Services, et al.*, 19-cv-3283 (RDM) (ECF 85 at *52, October 9, 2020).

9.   Petitioner submits that Judge Moss' decision should carry significant weight and supports his position that he is entitled to a Writ of Mandamus directing his removal to Italy immediately.  Petitioner is not asking the Court for any action on this issue at this time, however, he merely wishes to maintain the Court appraised of the developments on this issue.

## Respondents' Additional Statement

10.   Respondents continue to maintain that Acting Secretary Wolf acted within his authority when he changed Petitioner's country of removal.  Respondents' respectfully reserve the right to submit briefing prior to the Court making any determinations on this issue in this case.

Dated:  November 12, 2020

Respectfully submitted,

COUNSEL FOR PETITIONER:

WMR Immigration Law Group, LLC

By:_____
Hector G. Mora, Esq.
District of Colombia Bar #489889
1789 Columbia Road NW, Ste. 200
Washington, D.C.  20009
Ph: (202) 558-6515
HMORA@WMR-LAW.COM

RETURETA  &  WASSEM,  P.L.L.C.

By:_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C.  20001
202.450.6119
MJR@RETURETAWASSEM.COM

/s/ *Joaquin Perez*
_____
Joaquin Perez, Esq.
6780 Coral Way
Miami, Florida  33155
305.261.4000

COUNSEL FOR RESPONDENTS:

MICHAEL R. SHERWIN
United States Attorney

DANIEL F. VANHORN
D.C. Bar No. 924092
Chief, Civil Division

*/s/ April Denise Seabrook*

By:_____
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone:  202-252-2525
April.Seabrook@usdoj.gov