UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, | ) |
| | ) |
| Petitioner, | ) Civil Case:  20-cv-2250 RJL |
| | ) |
| v. | ) |
| | ) |
| CHAD F. WOLF, ACTING SECRETARY, | ) |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.* | ) |
| | ) |
| Respondents. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of October 20, 2020, the parties respectfully submit the following joint status report regarding Mr. Mancuso's (Petitioner's) administrative process.

## Background and Joint Status Report

On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

1.  On September 2, 2020, the Court held a telephone motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF NO. 6], which had been filed on August 18, 2020.  The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties did.

2.    On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports.  The Court granted the joint motion and ordered the parties to file a joint status report on or before November 12, 2020.

3.    As the Court noted during the September 2, 2020, hearing, and as the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], and the October 15, 2020, Joint Motion to Stay Proceedings [ECF No. 19], Petitioner is proceeding through an administrative process regarding his removal from the United States and the determination of the country to which he will be removed.

4.    Since the joint statement filed on November 12, 2020 [ECF No. 20], the parties have conferred and agree that a stay of proceedings continues to be appropriate so as to permit the ongoing administrative proceedings to continue and to preserve the parties' and the Court's resources, as the administrative proceedings may resolve the need for further judicial intervention and proceedings.

Dated:  December 11, 2020

Respectfully submitted,

COUNSEL FOR PETITIONER:

RETURETA  &  WASSEM,  P.L.L.C.

By:_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C.  20001
202.450.6119
MJR@RETURETAWASSEM.COM

WMR Immigration Law Group, LLC

By:_____
Hector G. Mora, Esq.
District of Colombia Bar #489889
1789 Columbia Road NW, Ste. 200
Washington, D.C.  20009
(202) 558-6515
HMORA@WMR-LAW.COM


/s/  *Joaquin Perez*

_____
Joaquin Perez, Esq.
6780 Coral Way
Miami, Florida  33155
305.261.4000


COUNSEL FOR RESPONDENTS:

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VANHORN
D.C. Bar No. 924092
Chief, Civil Division

/s/ *April Denise Seabrook*

By:_____
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone:  202-252-2525
April.Seabrook@usdoj.gov