UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALVATORE MANCUSO GOMEZ,    )<br>                                                        )<br>    Petitioner,                                  )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>CHAD F. WOLF, ACTING SECRETARY, )<br>U.S. DEPT. OF HOMELAND SECURITY, *et al.* )<br>                                                        )<br>    Respondents.                            )<br>                                                        ) | Civil A. No.:  20-2250 RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of October 20, 2020, the parties respectfully submit the following joint status report regarding Mr. Mancuso's (Petitioner's) administrative process.

*Background and Joint Status Report*

On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

1. On September 2, 2020, the Court held a telephone motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF NO. 6], which had been filed on August 18, 2020.  The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties did.

2. On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports. The Court granted the joint motion and ordered the parties to file a joint status report on or before November 12, 2020.

3. As the Court noted during the September 2, 2020, hearing, and as the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], and the October 15, 2020, Joint Motion to Stay Proceedings [ECF No. 19], Petitioner is proceeding through an administrative process regarding his removal from the United States and the determination of the country to which he will be removed.

4. At this time the administrative proceeding is expected to take additional time. The parties have continued to confer and agree that a stay of proceedings continues to be appropriate so as to permit the ongoing administrative proceedings to continue and to preserve the parties' and the Court's resources, as the administrative proceedings may resolve the need for further judicial intervention and proceedings.

5. For the foregoing reasons, the parties respectfully request that the Court continue the stay of proceedings and set further status reports to be filed every 90-days, with the next report due on January 27, 2021.[1]

---

[1] The parties apologize to the Court for not filing this Joint Status Report on October 22, 2021, as the parties proposed in their Joint Status Report filed on July 22, 2021 [ECF No. 26]. The parties will work to ensure all future reports are timely filed.

Dated:  October 29, 2021                                    Respectfully submitted,

COUNSEL FOR PETITIONER:

RETURETA  &  WASSEM,  P.L.L.C.         WMR Immigration Law Group, LLC

By:_____           By:_____
Manuel J. Retureta, Esq.                          Hector G. Mora, Esq.
District of Columbia Bar #430006              District of Colombia Bar #489889
300 New Jersey Avenue, NW, Suite 900   1789 Columbia Road NW, Ste. 200
Washington, D.C.  20001                         Washington, D.C.  20009
202.450.6119                                            (202) 558-6515
MJR@RETURETAWASSEM.COM          HMORA@WMR-LAW.COM


/s/ *Joaquin Perez*

_____
Joaquin Perez, Esq.
6780 Coral Way
Miami, Florida  33155
305.261.4000


COUNSEL FOR RESPONDENTS:

Channing D. Phillips
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

          /s/ *April Denise Seabrook*
By:_____
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone:  202-252-2525
April.Seabrook@usdoj.gov