# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVADOR MANCUSO GOMEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO MAYORKAS, Secretary, ) <br> Department of Homeland Security, *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-2250 (RJL) |

## **NOTICE OF SUBSTITUTION**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro and remove the appearance of Assistant United States Attorney April Seabrook as counsel of record for the Defendants in the above-captioned case.


Dated: August 9, 2022

                                                                                        Respectfully submitted,

                                                                                        */s/ Stephen DeGenaro*
                                                                                        STEPHEN DEGENARO
                                                                                        Assistant United States Attorney
                                                                                        601 D Street, NW
                                                                                         Washington, DC 20530
                                                                                        Telephone: (202) 252-7229
                                                                                        stephen.degenaro@usdoj.gov