UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHAD F. WOLF, ACTING SECRETARY, )<br>U.S. DEPT. OF HOMELAND SECURITY, *et al.* )<br>)<br>Respondents. )<br>) | Civil A. No.: 20-2250 RJL |

PETITIONER'S STATUS REPORT

Pursuant to the Court's Minute Order of August 5, 2022, and due to a lack of agreement between the parties on the relevant matters to brief the Court upon, Mr. Mancuso (Petitioner) respectfully forgoes a "joint" submission and rather submits the following status report regarding his administrative process and requests an immediate status hearing.

1. On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

2. On September 2, 2020, the Court held a telephone motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF NO. 6], which had been filed on August 18, 2020. The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties did.

3. On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports. The Court granted the joint motion and ordered the parties to file a joint status report on or before November 12, 2020.

4. As the Court noted during the September 2, 2020, hearing, and as the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], and the October 15, 2020, Joint Motion to Stay Proceedings [ECF No. 19], Petitioner is proceeding through an administrative process regarding his removal from the United States and the determination of the country to which he will be removed.

*Current Status*

Petitioner's administrative proceeding is active and open and shall remain so for the foreseeable future.[1] In light of the extensive length of Petitioner's immigration administrative proceeding, as well as his prolonged civil detention, Petitioner formally requested that the government reconsider its position regarding his potential removal to Italy.

Petitioner submits to the Court that the atypical delay in Petitioner's administrative proceeding is by no fault of his own and notes that the thirty (30) months he has been detained pending removal to his original country of designation (Italy) is unreasonable and unjustified as a matter of fact and law.

---

[1] Government counsel implies that the delay in Petitioner's administrative proceeding is due to a filing he recently submitted. To be clear, such filing was in accordance with the current status of that proceeding and Petitioner's rights thereunder.

In July of this year, the parties agreed to continue the stay of proceedings in the instant matter. Unlike previous status reports, the parties expressly acknowledged to the Court that efforts at resolution were underway. By email on Friday, September 16, 2022, government counsel informed Petitioner the government had not changed its position and would continue to seek Petitioner's removal to the Republic of Colombia.[2]

WHEREFORE, given the unreasonable and unjust delay in his administrative proceeding, Petitioner respectfully requests that the Court schedule a status hearing so that the parties may fully brief it regarding recent developments and their impact upon the instant matter.

Dated:  September 19, 2022

---

[2] For more than a month and in anticipation of the filing of the parties' joint status report today, undersigned counsel sent emails to, and left several voicemails for, newly substituted government counsel seeking the government's position regarding a change of country designation. Despite new government counsel's specific request that undersigned counsel provide a detailed question via email so that he could respond thereto, government counsel did not respond until last Friday, more than three (3) weeks after that question was posed.

Respectfully submitted,

COUNSEL FOR PETITIONER:

RETURETA & WASSEM, P.L.L.C.

By:_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C. 20001
202.450.6119
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 19th day of September 2022.

By: _____
Manuel J. Retureta, Esq.