UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO-GOMEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2250 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Anna D. Walker as counsel of record for Defendants in this matter.

Dated: October 11, 2022               Respectfully submitted,

                                                                  By:  */s/ Anna D. Walker*
                                                                  ANNA D. WALKER
                                                                  Assistant United States Attorney
                                                                  601 D Street, NW
                                                                  Washington, DC 20530
                                                                  Phone:  (202) 252-2544
                                                                  anna.walker@usdoj.gov