UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALVATORE MANCUSO GOMEZ, | |
| Petitioner, | Civil Action No.:  20-2250 (RJL) |
| v. | |
| CHAD F. WOLF, Acting Secretary,<br>U.S. Dept. of Homeland Security, et al., | |
| Respondents. | |

**RESPONDENTS' SECOND UNOPPOSED MOTION
TO CONTINUE STATUS CONFERENCE**

Respondents, through undersigned counsel, hereby submit this unopposed motion to continue the status conference currently scheduled for October 24, 2022 to another date and time that is convenient for the Court. This is Respondent's second motion to continue this status conference. Undersigned counsel conferred with Petitioner's counsel and Petitioner, through counsel, does not oppose this motion and joins Respondents in proposing November 10, 2022 as a possible date on which the October 24, 2022 status conference may be continued. For the following reasons and pursuant to Federal Rule of Civil Procedure 6(b)(1), good cause exists to grant this request.

1. On August 17, 2020, Petitioner filed his Complaint, ECF No. 1, in this matter and filed an Amended Complaint, ECF No. 14, on September 1, 2020.

2. At a telephonic motions hearing held on September 2, 2020, the Court denied Petitioner's Motion for a Temporary Restraining Order. *See* ECF No. 6.

3. On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports. *See* ECF No. 19. By minute order dated October 20, 2020, the

       Court granted this motion and stayed all proceedings in this matter. Since then, the parties have continued to file joint status reports appraising the Court of the status of Petitioner's administrative proceedings.

4. On September 19, 2022, Petitioner filed a status report with the Court, requesting that the Court schedule a hearing so that the parties may fully brief the Court on recent developments regarding Petitioner's administrative proceedings. *See* ECF No. 33.

5. By minute order dated September 26, 2022, the Court scheduled an in-person status conference to take place on October 11, 2022.

6. The Court continued the October 11, 2022 status conference to October 24, 2022 upon motion from Respondents and for good cause shown. *See* ECF No. 35; Oct. 11, 2022 Min. Order; Oct. 12, 2022 Min. Order. Specifically, undersigned counsel for Respondents was exposed to a member of her household who tested positive for Covid-19. Since then, undersigned counsel has tested positive for Covid-19 herself and continues to experience symptoms, making it unclear whether undersigned counsel will be well enough to attend the currently scheduled status conference on October 24, 2022.

7. Accordingly, Respondents seek a further continuance of the status conference, currently scheduled for October 24, 2022 to a date and time convenient for this Court and joins with Petitioner in proposing the status conference be moved to November 10, 2022.

8. This request is not being made to seek unreasonable delay or cause undue prejudice, but to allow time for undersigned counsel to recover from Covid-19 before appearing in Court on this matter.

       WHEREFORE, based on the foregoing, Respondents ask that the Court grant this motion and continue the October 24, 2022 status conference to a later date.

\*   \*   \*

Dated: October 19, 2022					Respectfully submitted,

							MATTHEW M. GRAVES,
							D.C. Bar. #481052
							United States Attorney

							BRIAN HUDAK
							Chief, Civil Division

							 /s/ Anna D. Walker
							ANNA D. WALKER
							Assistant United States Attorney
							U.S. Attorney's Office for the
							District of Columbia
							Civil Division
							601 D. Street, NW
							Washington, D.C. 20530
							Telephone: 202-252-2544

							anna.walker@usdoj.gov

							*Counsel for Respondents*