UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALVATORE MANCUSO GOMEZ,<br><br>  Petitioner,<br><br>v.<br><br>CHAD F. WOLF, ACTING SECRETARY,<br>U.S. DEPT. OF HOMELAND SECURITY, *et al.*<br><br>  Respondents. | Civil A. No.:  20-2250 (RJL) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 31, 2023, the parties respectfully submit the following joint status report regarding Mr. Mancuso's (Petitioner's) administrative process.

### *Background and Joint Status Report*

On August 17, 2020, Petitioner filed his Complaint [ECF No. 1] in this matter and filed an Amended Complaint [ECF No. 14] on September 1, 2020.

1. On September 2, 2020, the Court held a telephone motions hearing on Petitioner's Motion for a Temporary Restraining Order [ECF No. 6], which had been filed on August 18, 2020. The Court denied Petitioner's Motion and instructed the parties to file a Joint Status Report on September 16, 2020, which the parties did.

2. On October 15, 2020, the parties filed a joint motion to stay proceedings and submit monthly status reports.  The Court granted the joint motion and ordered the parties to file a joint status report on or before November 12, 2020.

3. As the Court noted during the September 2, 2020, hearing, and as the parties confirmed in their September 16, 2020, Joint Status Report [ECF No. 18], and the October 15, 2020, Joint Motion to Stay Proceedings [ECF No. 19], Petitioner is proceeding through an

administrative process regarding his removal from the United States and the determination of the country to which he will be removed.

4. Currently, the status of the administrative process regarding his removal remains ongoing at the administrative level. As reported at the December 15, 2022, Status Conference, Petitioner had his hearing before the Immigration Judge on November 18, 2022. The parties submitted written closing arguments by the end of January 2023.

5. On May 26, 2023, the Immigration Judge issued a decision denying Petitioner's request to defer his removal to Colombia. Petitioner appealed this decision to the Board of Immigration Appeals, and the parties are now currently in briefing there.

6. Thus, the administrative immigration proceedings have not yet concluded.

7. At this time, because the administrative proceeding will take additional time, the parties respectfully request that the Court continue the stay of proceedings in this case to preserve the parties' and the Court's resources, and because the administrative proceedings may resolve the need for further judicial intervention and proceedings.

8. Accordingly, the parties respectfully propose that they file another Joint Status Report on or before February 22, 2024. If any significant event occurs that warrants the Court's prompt attention before the next regularly scheduled status report, then the parties can file a "Notice" with the Court advising it of the relevant events.

*   *   *

Dated:  August 22, 2023        Respectfully submitted,

COUNSEL FOR PETITIONER:

*/s/ Hector G. Mora*
Hector G. Mora, Esq.
DC Bar Number 489889
WMR Immigration Law Group, LLC
103 South Adams St
Rockville, MD 20850
Ph: (202) 558-6515
Fax: (866) 431-2916
hmora@wmr-law.com

COUNSEL FOR RESPONDENTS:

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar No. 1047116
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Phone:  202-252-7229
Stephen.DeGenaro@usdoj.gov